# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2023

## NO. 03-21-00269-CV

**Angelwylde HOA, Inc. and Angelwylde Place Homeowners Association, Inc., Appellants**

**v.**

**Emily Fournier, David Fournier, Thomas Nelms, and Susan Nelms, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on May 28, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that the 2022 Amendments are enforceable against Emily Fournier, David Fournier, Thomas Nelms, and Susan Nelms. The Court remands the issue of attorneys' fees for further proceedings. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.